IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNETTE JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 02-4424 |
| v. | ) | |
| | ) | |
| KRAFT FOODS, INC., | ) | Judge R. Barclay Surrick |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

AND NOW this _____ day of _____, 2002, it is hereby ORDERED that Timothy C. Klenk, Esq. and Christian M. Poland, Esq. of Ross & Hardies be admitted *pro hac vice* in this matter on behalf of Defendant, Kraft Foods, Inc.

BY THE COURT:

_____
U.S. District Judge Surrick

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNETTE JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 02-4424 |
| v. ) | |
| ) | |
| KRAFT FOODS, INC., ) | Judge R. Barclay Surrick |
| ) | |
| Defendant. ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Defendant, Kraft Foods North America, Inc., hereby moves this Court for leave to permit Timothy C. Klenk and Christian M. Poland of the law firm of Ross & Hardies to appear *pro hac vice* in this matter. In support of its motion, Defendant states as follows:

1. Defendant is represented by Nancy Conrad of Fitzpatrick Lenz & Bubba, P.C. Ms. Conrad is admitted to practice in the U.S. District Court for the Eastern District of Pennsylvania.

2. Defendant seeks to have Timothy Klenk and Christian Poland, neither of whom is admitted to practice in the U.S. District Court for the Eastern District of Pennsylvania, admitted *pro hac vice* to represent it in this matter with the assistance of Ms. Conrad.

3. Mr. Klenk is a partner with the law firm of Ross & Hardies and practices with the firm's Chicago office located at 150 North Michigan Avenue, Chicago, Illinois 60601-7567, (312) 750-5752. He is a member in good standing of the bars of the State of Illinois, the U.S. Supreme Court, the U.S. Courts of Appeal for the Fifth and Seventh Circuits, and the U.S. District Courts for the Northern District of Illinois, the Central District of Illinois, and the Eastern District of Wisconsin, having been first admitted to practice law in 1967.

4. Mr. Poland is a partner with the law firm of Ross & Hardies and practices with the firm's Chicago office located at 150 North Michigan Avenue, Chicago, Illinois 60601-7567, (312) 750-5753. He is a member in good standing of bars of the State of Illinois; the State of California; the U.S. Supreme Court; the U.S. Courts of Appeal for the Sixth, Seventh, Eighth, and Eleventh Circuits; and the U.S. District Courts for the Northern and Central Districts of Illinois, having been first admitted to practice law in 1992.

5. Ms. Conrad will serve in the roll of Associate Counsel in accordance with Rule 83.5.2 of the Local Rules of this Court.

6. The admission of Mr. Poland and Mr. Klenk *pro hac vice* will materially advance the conduct of this matter on behalf of Defendant and will prejudice no one.

WHEREFORE, Defendant respectfully requests that this Court admit Timothy C. Klenk and Christian M. Poland *pro hac vice* on Defendant's behalf in this matter.

Dated: August 20, 2002                    Respectfully submitted,

                                          FITZPATRICK LENTZ & BUBBA, P.C.


                                          By          /s/
                                               Nancy Conrad, Esquire
                                               I.D. #56157
                                               4001 Schoolhouse Lane
                                               P. O. Box 219
                                               Center Valley, PA  18034
                                               (610) 797-9000
                                               Attorney for Defendant

CERTIFICATE OF SERVICE

I, Nancy Conrad, Esquire, counsel for Defendant, do hereby certify that the original of this document has been filed electronically and a copy has been served on counsel for Plaintiff via First Class United States Mail, postage pre-paid, at the following address:

Richard L. Orloski, Esq.
Orloski, Hinga, Pandaleon & Orloski
111 N. Cedar Crest Blvd.
Allentown, PA  18104-4602

                                   FITZPATRICK LENTZ & BUBBA P.C.

Dated:  August 20, 2002                    By_____/s/_____
                                                      Nancy Conrad, Esquire
                                                        I.D. #56157
                                                        4001 Schoolhouse Lane
                                                        P.O. Box 219
                                                        Center Valley, PA 18034-0219
                                                         (610) 797-9000
                                                        Attorney for Defendant